

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

| | § | |
|---|---|---|
| WAL-MART STORES, INC. AND | | No. 08-18-00110-CV |
| WAL-MART STORES TEXAS, LLC, | § | |
| | | Appeal from the |
| Appellants | § | |
| | | 171st District Court |
| V. | § | |
| | | of El Paso County, Texas |
| ALICE ANN RAZO, | § | |
| | | (TC# 2016DCV4708) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on joint motion to set aside the trial court's judgment and remand the cause to the trial court, and concludes the motion should be granted. It is therefore ordered that the judgment of the trial court is set aside without regard to the merits and the cause is remanded to the trial court for further proceedings, in accordance with the opinion of this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JULY, 2018.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.